Peter Goldstein [SBN 6992]
PETER GOLDSTEIN LAW CORP
peter@petergoldsteinlaw.com
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 474-6400
Facsimile: (888) 400-8799
*Attorney for Plaintiffs*
*JESSICA SUEANN GUTIERREZ OSBORNE,*
*individually; and FREDRICK WAID, as the*
*appointed special administrator of the estate of*
*JACKIE RAY HARRY aka JACK GUTIERREZ HARRY*

X FILED _____ RECEIVED
_____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

May 2, 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA (RENO)

| | |
|---|---|
| JESSICA SUEANN GUTIERREZ OSBORNE, individually; and FREDRICK WAID, as the appointed special administrator of the estate of JACKIE RAY HARRY aka JACK GUTIERREZ HARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>PERSHING COUNTY; DEPUTY PHILLIP DICKERMAN; SHERIFF JERRY ALLEN; DOES 1-10, inclusive; and DEANA MARIE HARRY, nominal Defendant,<br><br>Defendants. | CASE NO. 3:21-cv-00231-HDM-CSD<br><br>**ORDER GRANTING STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES AND OTHER DEADLINES**<br><br>**(Third Request)** |

COME NOW, Plaintiffs JESSICA SUEANN GUTIERREZ OSBORNE, individually, and FREDRICK WAID, as the appointed special administrator of the estate of JACKIE RAY HARRY aka JACK GUTIERREZ HARRY, and DEFENDANTS PERSHING COUNTY, DEPUTY PHILLIP DICKERMAN and SHERIFF JERRY ALLEN, by and through their undersigned attorneys of record, and hereby move this Court to extend the current discovery and

other deadlines for an additional sixty (60) days (except for expert discovery which the parties request be extended 72 days). This is the parties third request for a continuance of any discovery or other deadlines in this case.  The parties are requesting the extension discussed herein to allow the parties to complete a private mediation in this case before having to incur attorney's fees and costs associated with further discovery. The mediation is set for July 8, 2022 before a private mediator at ARM in Las Vegas. The parties confirm that they have spoken with their respective clients regarding the proposed stipulation and the parties are in agreement with same.  The parties have served the following discovery:

| Date | Description |
|---|---|
| 10/14/2021 | Plaintiffs' Requests for Admission to Def Pershing County (Set 1) |
| 10/14/2021 | Plaintiffs' Requests for Production of Documents to Def Pershing County (Set 1) |
| 10/14/2021 | Plaintiffs' Interrogatories to Def Pershing County (Set 1) |
| 1/19/2022 | Notice of Subpoena to Produce Documents to Pershing Coroner |
| 1/21/2022 | Plaintiffs' Requests for Admissions to Defendant Dickerman (Set 1) |
| 1/21/2022 | Plaintiffs' Requests for Production of Documents to Dickerman (Set 1) |
| 1/21/2022 | Plaintiffs' Special Interrogatories to Dickerman (Set 1) |
| 1/27/2022 | Plaintiffs' Requests for Admission to Def Pershing County (Set 2) |
| 1/27/2022 | Plaintiffs' Interrogatories to Def Pershing County (Set 2) |
| 1/27/2022 | Plaintiffs' Requests for Production of Documents to Def Pershing County (Set 2) |
| 3/11/2022 | Defendants Notice of Taking Deposition of Plaintiff Jessica Osborne |

The parties have served responses and disclosures as follows:

| Date | Description |
|---|---|
| 9/8/2021 | Plaintiffs' Initial Disclosures Per FRCP 26(a)(1)(A) |
| 9/21/2021 | Defendants' Initial Disclosures Per FRCP 26(a)(1)(A) |
| 12/9/2021 | Defendant Pershing County's Responses to Plaintiffs' Requests for Admissions (Set 1) |
| 12/10/2021 | Defendant Pershing County's Responses to Plaintiffs' Requests for Production of Documents (Set 1) |
| 12/10/2021 | Defendant Pershing County's Responses to Plaintiffs' Interrogatories (Set 1) |
| 12/10/2021 | Defendants' First Supplemental FRCP 26 Disclosures |
| 12/14/2021 | Defendant Pershing County's Amended Responses to Plaintiffs' Requests for Production of Documents (Set 1) |

| | |
|---|---|
| 12/14/2021 | Defendants' Second Supplemental FRCP 26 Disclosures |
| 2/3/2022 | Plaintiffs First Supplemental FRCP 26 Disclosures |
| 3/24/2022 | Deposition of Plaintiff Jessica Osborne |

Plaintiffs have agreed to wait until after the mediation to take the depositions of principal Defendants and witnesses from Pershing County Sheriff's Department as well as other law enforcement agencies that were present at the scene of Jack Harry shooting death.

The parties request that the discovery deadline of **July 1, 2022** be extended to **August 30, 2022**.

The parties request that the deadline for disclosure of expert witnesses of **May 3, 2022** be extended to **July 15, 2022**, and that the deadline for disclosure of rebuttal expert witnesses of **June 3, 2022,** be extended to **August 15, 2022**.

The parties request that the deadline for filing dispositive motions of **August 1, 2022**, be extended to **September 30, 2022.**

The parties further request that the deadline for filing the pre-trial order of **August 30, 2022** be extended to **October 31, 2022** (next business day after October 29, 2022, a Saturday). Should a motion for summary judgment be filed, the deadline for filing the pre-trial order shall be thirty (30) days after the Court's order on any such dispositive motion.

| | |
|---|---|
| Dated this 28th day of April, 2022. | DATED this 28th day of April, 2022. |
| PETER GOLDSTEIN LAW CORP. | THORNDAL ARMSTRONG DELK BALKENBUSH & EISINGER |
| By: _/s/ **Peter Goldstein**_<br>Peter Goldstein, Esq.<br>State Bar No. 6992<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>T: 702-474-6400<br>F: 888-400-8799<br>peter@petergoldsteinlaw.com<br>ATTORNEY FOR PLAINTIFFS | By: _/s/ **Katherine F. Parks**_<br>Katherine F. Parks, Esq.<br>State Bar. No. 6227<br>6590 S. McCarran Blvd, Suite B<br>Reno, NV 89509<br>kfp@thorndal.com<br>*Attorney for Defendants*<br>PERSHING COUNTY, PHILLIP DICKERMAN AND JERRY ALLEN |

**ORDER**

IT IS SO ORDERED.

DATED: This __2__ day of __May__ _____ 2022.

_____
UNITED STATES MAGISTRATE JUDGE



Peter Goldstein <pglawstaff@petergoldsteinlaw.com>

## stip to extend time on Osborne v Pershing

**Katherine F. Parks** <KFP@thorndal.com>   Thu, Apr 28, 2022 at 10:37 AM
To: Peter Goldstein <peter@petergoldsteinlaw.com>, Kris Bechtold <pglawstaff@petergoldsteinlaw.com>, "Laura S. Bautista" <lsb@thorndal.com>

Peter:

I do not see a need to add reference to my ~~COVID diagnosis~~. Feel free to file this with my e-signature.

Kathy


Katherine F. Parks | President | Thorndal Armstrong Delk Balkenbush & Eisinger

6590 S. McCarran Blvd., Suite B | Reno, NV  89509

(775) 786-2882 (phone) | (775) 786-8004 (fax)


This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s).  Any review, use, distribution or disclosure by others is strictly prohibited.  If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail and delete all copies of this message.

www.thorndal.com



[Quoted text hidden]

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.