```
1  Katherine F. Parks, Esq. - State Bar No. 6227
   Thorndal Armstrong Delk Balkenbush & Eisinger
2  6590 S. McCarran Blvd., Suite B
   Reno, Nevada 89509
3  (775) 786-2882
   kfp@thorndal.com
4  Attorney for Defendants
   PERSHING COUNTY, PHILLIP DICKERMAN
5  AND JERRY ALLEN
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JESSICA SUEANN GUTIERREZ OSBORNE, individually; and FREDRICK WAID, as the appointed special administrator of the estate of JACKIE RAY HARRY aka JACK GUTIERREZ HARRY,<br><br>Plaintiffs,<br><br>vs.<br><br>PERSHING COUNTY; DEPUTY PHILLIP DICKERMAN; SHERIFF JERRY ALLEN; DOES 1-10, inclusive; and DEANA MARIE HARRY, nominal Defendant,<br><br>Defendants. | CASE NO.  3:21-cv-00231-HDM-CSD<br><br>ORDER GRANTING<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

COMES NOW, Plaintiffs JESSICA SUEANN GUTIERREZ OSBORNE, individually, and FREDRICK WAID, as the appointed special administrator of the estate of JACKIE RAY HARRY aka JACK GUTIERREZ HARRY, and Defendants PERSHING COUNTY, DEPUTY PHILLIP DICKERMAN and SHERIFF JERRY ALLEN, by and through their undersigned attorneys of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby

///
///
///
///
///

- 1 -

stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own costs and attorney's fees.

Dated this 27th day of July, 2022.

PETER GOLDSTEIN LAW CORP.

By: / s / Peter Goldstein
Peter Goldstein, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
T: 702-474-6400
F: 888-400-8799
peter@petergoldsteinlaw.com
*Attorney for Plaintiffs*

DATED this 27th day of July, 2022.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By: / s / Katherine Parks
Katherine F. Parks, Esq.
State Bar. No. 6227
6590 S. McCarran Blvd, Suite B
Reno, NV 89509
*Attorney for Defendants*

### ORDER

IT IS SO ORDERED.

DATED: This __27th__ day of __July__ 2022.

_____
DISTRICT COURT JUDGE

- 2 -